FILED22 SEP '26 10:32USDC-ORP

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

RONALD WILLIAMS
*Petitioner*

v.

WARDEN OF FCI SHERIDAN
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:26-cv-01967-HZ
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Ronald Williams
   (b) Other names you have used: N/A
2. Place of confinement: Federal Correctional Institution Sheridan/BOP
   (a) Name of institution: FCI Sheridan
   (b) Address: P.O. Box 5000, Sheridan OR 97378

   (c) Your identification number: 57452-177
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court of Northern Texas, 1100 Commerce St. Room 1452 Dallas, TX 75242
   (b) Docket number of criminal case: 3:18-cr-00328-D
   (c) Date of sentencing: 12/14/2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

118301

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Department of Justice, Federal Bureau of Prisons, Designations & Sentencing Computation Center (DSCC)

(b) Docket number, case number, or opinion number: ______

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

DSCC arbitrarily stripped jail time credits that were already applied to my sentence computation and moved them towards a state sentence after a probation violation.

(d) Date of the decision or action: 08/14/2025

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Warden of El Reno , Federal Bureau of Prisons, Department of Justice

(2) Date of filing: 11/30/2025

(3) Docket number, case number, or opinion number: 1262975-F1

(4) Result: Denied

(5) Date of result: 12/18/2025

(6) Issues raised: That my sentence computation is inaccurate, informed them of the dates where my jail credits were accurately applied when i was first released around March of 2022.

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: South Central Region, Federal Bureau of Prisons, Department of Justice

(2) Date of filing: 1/22/2025

(3) Docket number, case number, or opinion number: 1262975-R1

(4) Result: Denied

(5) Date of result: 2/10/2026

(6) Issues raised: Sentence computation is inaccurate, jail credits that were already on my sentence arbitrarily have been moved, or taken.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Office of the General Counsel/Central Office, Federal Bureau of Prisons, Department of Justice

(2) Date of filing: 8/24/2026

(3) Docket number, case number, or opinion number: N/A

(4) Result: Uknown

(5) Date of result: N/A

(6) Issues raised: Sentence computation is inaccurate, staff at FCI Sheridan have not been helpful causing a delay, jail credits have been arbitrarily taken/moved

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ____________________

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ____________________

(b) Date of the removal or reinstatement order: ____________________

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ____________________

(2) Case number: ____________________

(3) Result: ____________________

(4) Date of result: ____________________

(5) Issues raised: ____________________

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ____________________

(2) Date of filing: ____________________

(3) Case number: ____________________

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Letters written directly to DSCC

(b) Name of the authority, agency, or court: Department of Sentencing Computation Center

(c) Date of filing: 08/24/2026

(d) Docket number, case number, or opinion number: N/A

(e) Result: Uknown

(f) Date of result: N/A

(g) Issues raised: Sentencing Computation is Inaccurate, jail credits that were moved or taken is against law and policy and is unlawfully extending my federal sentence. Theyre making me do double time that has already been completed. They cannot take time that was spent in federal custody and apply it to a state sentence after the fact.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Unlawful Removal of Prior Custody Credit in Violation of 18 U.S.C. Section 3585(b)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The BOP has unlawfully recalculated Petitioners sentence by removing credit for time spent in official detention that had not been previously credited against another sentence. BOB's retroactive re-designation of this credit to a state sentence that petitioner was previously accredited is an arbitrary and capricious misapplication of law & BOP policy, resulting in a unlawful extension of his federal sentence.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** Violation of the Primary Jurisdiction Doctrine

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The federal government obtained primary jurisdiction over petitioner on June 18th, 2018, and never relinquished it. Time spent in state custody following his federal sentence and his arrest for escape was either on a federal writ or as a result of the BOP's failure to reclaim its prisoner. the State was merely "borrowing" the prisoner, all time spent in custody, even non federal custody should be credited toward his federal sentence.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

**GROUND THREE:** Exhaustion of Administrative Remedies is Futile

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner is subject to immediate and irreparable harm in the form of continued unlawful incarceration. BOP has already made its final decision through the DSCC's official recalculation. Pursuing remedies through BOP's BP-9, BP-10, and BP-11 process would be futile and inadequate, as it cannot provide the immediate relief required and the BOP has already taken a FIRM system wide stance on Petitioners sentence computation. The issue is a pure matter of statutory interpretation.

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes ☐ No

**GROUND FOUR:** ______________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: ______________________________

**Request for Relief**

15. State exactly what you want the court to do: 1.) Issue an order to show cause to respondent to justify petitioners continued detention under the current sentence calculation. 2.) Grant this emergency petition for a writ of habeas corpus. 3.) Order the BOP to immediately recalculate petitioners sentence and restore all previously earned and credited time, including but not limited to the 15 month of credit unlawfully removed on or about August 14th, 2025.

4.) Order the BOP to credit Petitioner's federal sentence with all time spent in custody since June 18th, 2018.

5.) Grant such other and further relief as this Court may deem just and proper.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

______________________________

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 09/04/2026

Ronald Paul Williams
*Signature of Petitioner*

______________________________
*Signature of Attorney or other authorized person, if any*

# EXHIBIT A

## Administrative Remedies

[informal resolution, Bp-9, Bp-10, Bp-11]
(Bp-8)

kf

| Unit D | | Logging No. 2864 | Staff Initials/Date | kf 11-6-25 |
|---|---|---|---|---|

**INFORMAL RESOLUTION FORM**

| Inmates Name | Ronald Williams | Register No. | 57452-177 |
|---|---|---|---|

**1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.** 1/30/2018 I commited my offence I made Bond on 3/8/2018 on 6/11/2018 I went back to jail From 6/11/2018 ~~[illegible] 2019~~ And sentinced to Federal 12/14/2018 I then was sent back to county jail to Face charges in state court From January 2019 to October 2019 I was in Co jail For the same offence the Federal Courts sentinced me to 66 months. I am owed Back time From 1/2019 to 10/2019 And From 6/10/2022 til 8/7/2025

**2. Briefly state the action you request to resolve your complaint**

Please release me since I have done 93 months on a 66 month sentince due to me being in Texas prison For the same Fed charge my state time should count Because the state charge is useing the same dope the Feds used and had a detainer on me From 6/10/22 to 8/7/2022

**3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint** Staff At El Reno Ms Watson in Records Department.

**4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSLEOR FOR FURTHER RESPONSE**

| Date received by Counselor for Response | 11-12-25 |
|---|---|

**RESPONSE**

You were doing time with TDCJ you would not get Fed credit credit

[signature]

| Counselor's Signature / Date | 11-18-25 kf |
|---|---|
| Unit Manager's Signature / Date | 11-18-25 |
| Date Response Delivered to Inmate | 11-19-25 |

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

2864
11-26-25
KR

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Williams Ronald L — 57452-177 — D — EL Reno
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** My issues are very easy to fix and I am just requesting someone to read over my sentince time line.
I went to jail 1-30-2018 For this charge I was released
on 3-9-2022 that is a total of 49 months without my good
conduct time Added. with good conduct time Added that would be
58 months, If the classification Admin would have done my time Right I
would be done with my sentince. Please Read my BP 8 and the Back page
that explains and shows All dates I was in jail For this charge. Thank
Classification shows my start date of my sentince 9/17/2019 this is not right 1/30/2018
is my start date almost 19 months more then they calculate! Thank you

11/30/2025 — Ronald Williams
DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
DEC 10 2025
BY: WARDEN'S OFFICE

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** — CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**FEDERAL CORRECTIONAL INSTITUTION (FCI), EL RENO, OKLAHOMA**
**PART B- RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1262975-F1**

This is in response to your Request for Administrative Remedy, received December 15, 2025, in which you are requesting jail credit for your current sentence.

A review into this matter reveals on December 12, 2018, your sentence was imposed in your federal case out of the Northern District of Texas under case number 3:18-CR-00328-D (6). Your Federal Judgement & Commitment states, "The defendant is hereby committed to the custody of the United States Federal Bureau of Prisons to be imprisoned for a total term of Seventy-Eight (78) months as to count 3." You received 38 days of jail credit. No other credit can be awarded during your time in which you were on Escape Status, from June 10, 2022, to August 7, 2025, and you were in primary state custody.

Program Statement 5880.28, 18 U.S.C. 3585 (b)(2) states, "a defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed; that has not been credited against another sentence."

Based on the facts, your Request for Administrative Remedy is denied.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, South Central Regional Office, U. S. Armed Forces, 344 Marine Forces Drive, Grand Prairie, Texas, 75051. Your appeal must be received in that office within 20 calendar days of the date of this response.

[signature] 12/18/25

T. Carter, Warden Date

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*El Reno, OK 73036*

January 8, 2026

FROM: J. Davis, Correctional Counselor

SUBJECT: Late Administrative Remedy

The administrative remedy was given to inmate Williams #57452-177 late, due to staff being on annual leave.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

U.S. Department of Justice

Federal Bureau of Prisons

## Regional Administrative Remedy Appeal

2864
1-22-25

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Williams Ronald P | 57452-177 | B unit | El Reno
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** So far I have not been able to get anyone to even read my greevance. I have provided all info involed for my back time from the co jail and my flat time I have done, that somehow has been took. My complant is I did not recieve my co jail time. Willis time credits. Kayfez time credits. I was sentinced in Federal Court I then was sentinced in State court for the same dope and for the same offence the same day. Under BOP program statement it states when offender has same offence and time was not credited to another sentince it will be applied to fed sentince. I was sentinced to probation so all time in jail should have been applied to fed sentince. I am past my release date. please give me my time and release me.

1-22-2025
DATE

Ronald Williams
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
FEB 05 2025
South Central Regional Office

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1262975-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

X

REJECTION NOTICE - ADMINISTRATIVE REMEDY

FEB 18 2026
WARDEN'S OFFICE

DATE: FEBRUARY 10, 2026

FROM: ADMINISTRATIVE REMEDY COORDINATOR
SOUTH CENTRAL REGIONAL OFFICE

TO : RONALD WILLIAMS, 57452-177
EL RENO FCI UNT: 2 RDAP QTR: Z02-127LAD
P.O. BOX 1000
EL RENO, OK 73036

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 1262975-R1 REGIONAL APPEAL
DATE RECEIVED : FEBRUARY 9, 2026
SUBJECT 1 : CREDIT FOR TIME SPENT IN JAIL
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10) MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME INCLUDES MAIL TIME.

REJECT REASON 2: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING WAS NOT YOUR FAULT.

REJECT REASON 3: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL NOT BE ACCEPTED.

REJECT REASON 4: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE LETTER-SIZE (8.5 X 11) PAPER. TEXT ON ONE SIDE. THE TEXT MUST BE LEGIBLE.

REJECT REASON 5: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS : REGIONAL APPEALS ARE DUE WITHIN 20 DAYS OF WARDEN'S RESPONSE. WARDEN'S RESPONSE WAS ON 1/8/26 THEREFORE DUE BY 1/28/26

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Williams Ronald P — 57452-177 — 1-B — Sheridan
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** I Am currently on my last Appeal it has took me Almost A year to get this far due to staff not willing to give documents explaining I have not had my property I've Been in transit. C/O Ymker At Sheridan will not give memo stating I just recieved my property. I Am Asking for my time to be reaplied to my sentince that was took And put on my state sentence After I made parole from my state sentence On 8-14-2025 DSCC removed my Federal credits and Applied them to my state sentence After I made parole from state sentence Date 6/2018 to 9/2019 was removed

8-24-2026 — Ronald Williams
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

# EXHIBIT B

Response from DSCC

Williams, R. 57452-199

He is not eligible for a retroactive designation based on Barden and SENTRY has been updated to show NPT Ineligible on the PP44. Mr. Williams became primary federal on 09-17-2019, and his federal sentence started to run at that time. It appears he is asking for prior custody credits that were removed by Team Kilo. Team Kilo could probably assist with the explanation why jail credit from 06-18-2018 thru 09-16-2019 were removed.

your response from DSCC.

PRESS FIRMLY TO SEAL

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

Retail

U.S. POSTAGE PAID
PM
ANTLERS, OK 74523
SEP 17, 2026

97204

$12.90

RDC 03 0 Lb 4.60 Oz S2324D500572-8

FROM:

Amber Williams
P.O Box 162
Moyers, OK 74557

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

Clerk of Court
Mark O. Hatfield U.S Courthouse
1000 S.W Third Ave, Suite 740
Portland, OR 97204-2902

EXPECTED DELIVERY DAY: 09/21/26

USPS TRACKING® #

9505 5154 3397 6260 3263 26

FLAT RATE ENVI

ONE RATE ■ ANY WEIGHT

TRACKED ■ INSU

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.